

# HOELSCHER, LIPSEY, ELMORE & POOLE, P.C.

MICHAEL R. HOELSCHER
**BOARD CERTIFIED·**
Civil Trial Law
mrh@hle.com

O.E. (ED) ELMORE
**BOARD CERTIFIED·**
Residential Real Estate Law and
Farm and Ranch Real Estate Law
eelmore@hle.com

CULLY LIPSEY
**BOARD CERTIFIED·**
Commercial Real Estate Law,
Residential Real Estate Law and
Farm and Ranch Real Estate Law
cully@hle.com

HEATH C. POOLE
heath@hle.com

LAUREN E. TURNBILL
lauren@hle.com

ATTORNEYS AND COUNSELORS AT LAW
A Professional Corporation

DEC 29 2015

December 22, 2015

Marc Hamlin
Brazos County District Clerk
300 East 26th St., Ste. 1200
Bryan, TX 77803

Karen McQueen
Brazos County Clerk
300 East 26th St., Ste. 120
Bryan, TX 77803

Chad Eixmann
Court Administrator
Bryan Municipal Court
401 S. Tabor Ave.
Bryan, TX 77803

Dianne M. Eberhardt
Court Administrator
College Station Municipal Court
300 Krenek Tap Rd.
College Station, TX 77842

Barbara W. Axtell
Robertson County District Clerk
P.O. Box 250
Franklin, TX 77856

Kathryn Brimhall
Robertson County Clerk
P.O. Box 1029
Franklin, TX 77856

Christie Wakefield
Leon County Clerk
P.O. Box 98
Centerville, TX 75833

Beverly Wilson
Leon County District Clerk
P.O. Box 39
Centerville, TX 75833

Charlotte Barrett
Madison County Clerk
103 W. Trinity Street, Rm. 104
Madisonville, TX 77864

Rhonda Savage
Madison County District Clerk
101 W. Main St., Rm. 226
Madisonville, TX 77864

Dana Fritsche
Burleson County District Clerk
100 West Buck St., Ste. 303
Caldwell, TX 77836

Gay Wells
Grimes County District Clerk
P.O. Box 234
Anderson, TX 77830

Hon. Michael P. McCleary
Brazos County Justice of the Peace, Precinct 1
12845 FM 2154, Ste. 180
College Station, TX 77845

Hon. Tommy A. Munoz
Brazos County Justice of the Peace, Precinct 2
200 South TX Avenue, Ste. 114
Bryan, TX 77803

Hon. Rick Hill
Brazos County Justice of the Peace, Precinct 3
1500 George Bush Dr.
College Station, TX 77840

Hon. Louis Garcia, Jr.
Brazos County Justice of the Peace, Precinct 4
206 N. Washington Ave.
Bryan, TX 77803

Sharri Roessler, Clerk
Tenth Court of Appeals
McLennan County Courthouse
501 Washington Avenue, Room 415
Waco, TX 76701-1373

Vivian Long, Clerk
Seventh Court of Appeals
PO Box 9540
Amarillo, TX 79105-9540

Donna G. Brown
Liberty County District Clerk
1923 Sam Houston, Rm. 115
Liberty, TX 77575

Carol Jenkins
Limestone County District Clerk
P.O. Box 230
Groesbeck, TX 76642

Martha Lynch
Court Coordinator
12th/369th Judicial District Courts
P.O. Box 230
Groesbeck, TX 76642

Attn: Docketing
State Office of Administrative Hearings
300 W. 15th St., Ste. 504
Austin, TX 78701-1649

Beverly Crumley
Hays County District Clerk
Hays County Government Center
712 Stagecoach Trail, Suite 2211
San Marcos, TX 78666

Re:    Vacation Dates for Heath C. Poole for 2016
        State Bar No. 24027627

To Whom It May Concern:

This letter is sent to designate the following dates as vacation dates:

**Monday - Friday March 14 - 18**
**Monday - Friday April 4-8**
**Monday - Friday May 30 - June 3**
**Friday - Monday July 1 - 11**
**Monday - Monday August 8 - 15**
**Monday - Friday December 19 - January 2, 2017**

I respectfully request that no settings be made for me for any of these dates.

Please keep this letter on file in the appropriate place in your office for reference.

Thank you.

Very truly yours,

Heath C. Poole

HCP/jla

F:\USER\HEATH\Correspondence\Vacation Letters\Vacation ltr 121715.wpd